Trustee Copy

United States Bankruptcy Court
for the Northern District of Illinois, Eastern Division

IN RE:  Goduco, Susan                                    )                    Case No.  10 B 08582
                                                         )                    Judge Eugene R. Wedoff
                                                                              Date   11/29/10

                                                                              Debtor Attorney:

                                                                              John J Lynch
                                                                              801 Warrenville Road
                                                                              Suite 560
Susan Goduco                                                                  Lisle, IL  60532
1205 W Peterson Ave
Apt D                                                                         Mail
Park Ridge, IL  60068


Mail

---

### Notice of Payment of Final Mortgage Cure Amount
### NOTE: Please refer to the confirmed plan to see if this notice applies to you.

1)    The Trustee's records indicate that in the above case the pre-petition mortgage arrears claim of Bank Of
       America; Account No: 8240 C 094-11813; in the amount of $912.18 has been paid in full.

2)    The holder is required to treat the mortgage as reinstated and fully current unless the debtor has
       failed to make timely payments of postpetition obligations.

3)    If the debtor has failed to make timely payments of any postpetition obligations, the holder is required to
       itemize all outstanding payment obligations as of the date of the notice, and file a statement of these
       obligations with the court, giving notice to the standing trustee, the debtor, and any attorney for the
       debtor, within 60 days of service of the notice from the trustee (or longer time as the court may order).

4)    If the holder fails to file and serve a statement of outstanding obligations within the required time, the
       holder is required to treat the mortgage as reinstated according to its original terms, fully current as of the
       date of the trustee's notice.

5)    If the holder does serve a statement of outstanding obligations within the required time, the debtor may
       (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed
       with the court, on notice to the holder and the standing trustee, with the court resolving the challenge as a
       contested matter, or
       (ii) propose a modified plan to provide for payment of additional amounts that the debtor acknowledges
       or the court determines to be due.

6)    To the extent that amounts set forth on a timely filed statement of outstanding obligations are not
       determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of
       the holder to collect these amounts will be unaffected.

7)    No liability shall result from any nonwillful failure of the trustee to serve the notice required.

Office of the Chapter 13 Trustee                                             Creditor Address:
Suite 800
224 South Michigan Avenue                                                    Bank Of America
Chicago, IL  60604-2500                                                      7105 Corporate Drive
(312) 431-1300                                                               Plano, TX  75024


                                                                             Mail